# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143974

LEASE CORPORATION OF AMERICA,
      Plaintiff-Appellee,

v

                                          SC: 143974
                                          COA: 297704
EZ THREE COMPANY, L.L.C. and                        Oakland CC: 2009-100609-CZ
SHARON OAKES,
      Defendants,

and

DORIS BARNES,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the October 4, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012                                                     
d0227                                                   Clerk